IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) INSURED AIRCRAFT TITLE SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> (1) BELAIR HOLDINGS LIMITED, <br> (2) ETOLE HOLDINGS LIMITED, and <br> (3) HONGKONG HUAXIN PETROLEUM LIMITED, <br><br> Defendants. <br><br> (1) BELAIR HOLDINGS LIMITED, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> (1) OPUS AERONAUTICS, <br> (2) ROBERT PEERLESS, <br> (3) ALEXANDRE LOMBARD, <br> (4) FREESTREAM AIRCRAFT (BERMUDA) LTD., <br> (5) ALIREZA ITTIHADIEH, <br><br> Third-Party Defendants. | Case No. CIV-15-128-F |

**DEFENDANT BELAIR HOLDINGS LIMITED'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 Federal Rule of Civil Procedure, Defendant Belair Holdings Limited (a nongovernmental corporate party), by and through its undersigned counsel,

certifies that it does not have a parent corporation and no publicly held corporations own 10% or more of its stock

Dated this 19th day of February, 2015.

Respectfully Submitted,

/s/ C. Russell Woody
Charles E. Geister III, OBA #3311
C. Russell Woody, OBA #21413
Elizabeth A. Price, OBA #22278
HARTZOG CONGER CASON & NEVILLE
201 Robert S. Kerr Avenue
1600 Bank of Oklahoma Plaza
Oklahoma City, Oklahoma  73102
Telephone: (405) 235-7000
Facsimile:  (405) 996-3403
cgeister@hartzoglaw.com
rwoody@hartzoglaw.com
eprice@hartzoglaw.com

**COUNSEL FOR BELAIR HOLDINGS LIMITED**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the same date this Disclosure Statement was filed in the United States District Court for the Western District of Oklahoma and a true and correct copy of said Disclosure Statement was served upon the following:

Insured Aircraft Title Service, Inc.
John. M. Thompson
Adam C. Hall
Crowe & Dunlevy
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)

Etole Holdings Limited
P.O. 3175
Road Town
Tortola, British Virgin Islands

Hongkong Huaxin Petroleum Limited
Room 2302-2304, 23/F
Convention Plaza Office Tower
1 Harbour Road, Wan Chai
Hong Kong

Opus Aeronautics
10 avenue de Grande-Bretagne
98000 Monaco

Robert Peerless
21 Avenue Princesse Grace
98000 Monaco

Alexandre Lombard
10 avenue de Grande-Bretagne
98000 Monaco

Freestream Aircraft (Bermuda) Ltd.
Canon's Court
22 Victoria Street

Hamilton HM 12
Bermuda

Alireza Ittihadieh
Flat 5
6 Cheyne Gardens
London
SW3 5QU, UK

/s/ C. Russell Woody
C. Russell Woody