# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) Insured Aircraft Title Service, Inc. <br><br><br><br> Plaintiff(s), <br><br> v. <br> (1) Belair Holdings Limited, <br> (2) Etole Holdings Limited; and <br> (3) Hongkong Huaxin Petroleum Limited <br><br> Defendant(s). | Case No. CIV-15-128-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Alexandre Lombard
10 avenue de Grande-Bretagne
98000 Monaco

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. Geister III, C. Russell Woody, and Elizabeth A. Price of Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue, 1600 Bank of Oklahoma Plaza, Oklahoma City, OK 73102
Attorneys for Belair Holdings Limited

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:21 am, Feb 20, 2015
CARMELITA REEDER SHINN, Clerk

By: *Kathy Rose*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-15-128-F

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | | |
|---|---|---|
| (1) Insured Aircraft Title Service, Inc. | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Case No. CIV-15-128-F |
| (1) Belair Holdings Limited, | ) | |
| (2) Etole Holdings Limited; and | ) | |
| (3) Hongkong Huaxin Petroleum Limited | ) | |
| Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Alireza Ittihadieh
Flat 5, 6 Cheyne Gardens
London
SW3 5QU, UK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. Geister III, C. Russell Woody, and Elizabeth A. Price of Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue, 1600 Bank of Oklahoma Plaza, Oklahoma City, OK 73102
Attorneys for Belair Holdings Limited

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:19 am, Feb 20, 2015
CARMELITA REEDER SHINN, Clerk

By: Kathy Rose
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-128-F

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| (1) Insured Aircraft Title Service, Inc.<br><br><br><br>Plaintiff(s),<br><br>v.<br>(1) Belair Holdings Limited,<br>(2) Etole Holdings Limited; and<br>(3) Hongkong Huaxin Petroleum Limited<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)        Case No. CIV-15-128-F<br>)<br>)<br>)<br>)<br>) |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Etole Holdings Limited
P. O. 3175
Road Town
Tortola, British Virgin Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. Geister III, C. Russell Woody, and Elizabeth A. Price of Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue, 1600 Bank of Oklahoma Plaza, Oklahoma City, OK 73102
Attorneys for Belair Holdings Limited

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:22 am, Feb 20, 2015
CARMELITA REEDER SHINN, Clerk

By: *Kathy Rose*
    Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-15-128-F

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) Insured Aircraft Title Service, Inc. | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | )  Case No. CIV-15-128-F |
| (1) Belair Holdings Limited, | ) |
| (2) Etole Holdings Limited; and | ) |
| (3) Hongkong Huaxin Petroleum Limited | ) |
| Defendant(s). | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Freestream Aircraft (Bermuda) Ltd.
Canon's Court
22 Victoria Street, Hamilton HM 12
Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. Geister III, C. Russell Woody, and Elizabeth A. Price of Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue, 1600 Bank of Oklahoma Plaza, Oklahoma City, OK 73102
Attorneys for Belair Holdings Limited

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:19 am, Feb 20, 2015
CARMELITA REEDER SHINN, Clerk

By: *Kathy Rose*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-128-F

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
### Western District of Oklahoma

| | |
|---|---|
| (1) Insured Aircraft Title Service, Inc. <br><br><br><br> Plaintiff(s), <br><br> v. <br> (1) Belair Holdings Limited, <br> (2) Etole Holdings Limited; and <br> (3) Hongkong Huaxin Petroleum Limited <br><br> Defendant(s). | Case No. CIV-15-128-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Hongkong Huaxin Petroleum Limited
Room 2302-2304, 23/F, Convention Plaza Office Tower
1 Harbour Road, Wan Chai
Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. Geister III, C. Russell Woody, and Elizabeth A. Price of Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue, 1600 Bank of Oklahoma Plaza, Oklahoma City, OK 73102
Attorneys for Belair Holdings Limited

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:23 am, Feb 20, 2015
CARMELITA REEDER SHINN, Clerk

By: Kathy Rose
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-15-128-F

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
 designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                              *Server's signature*

                                                    _____
                                                              *Printed name and title*

                                                    _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

Case 5:15-cv-00128-F   Document 9   Filed 02/20/15   Page 11 of 14

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) Insured Aircraft Title Service, Inc. <br><br> Plaintiff(s), <br><br> v. <br> (1) Belair Holdings Limited, <br> (2) Etole Holdings Limited; and <br> (3) Hongkong Huaxin Petroleum Limited <br><br> Defendant(s). | Case No. CIV-15-128-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Opus Aeronautics
10 avenue de Grande-Bretagne
98000 Monaco

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. Geister III, C. Russell Woody, and Elizabeth A. Price of Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue, 1600 Bank of Oklahoma Plaza, Oklahoma City, OK 73102
Attorneys for Belair Holdings Limited

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:17 am, Feb 20, 2015
CARMELITA REEDER SHINN, Clerk
By: Kathy Rose
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-128-F

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                            _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) Insured Aircraft Title Service, Inc.<br><br>Plaintiff(s),<br>v.<br>(1) Belair Holdings Limited,<br>(2) Etole Holdings Limited; and<br>(3) Hongkong Huaxin Petroleum Limited<br><br>Defendant(s). | Case No. CIV-15-128-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Robert Peerless
21 Avenue Princess Grace
98000 Monaco

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. Geister III, C. Russell Woody, and Elizabeth A. Price of Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue, 1600 Bank of Oklahoma Plaza, Oklahoma City, OK 73102
Attorneys for Belair Holdings Limited

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
9:20 am, Feb 20, 2015
CARMELITA REEDER SHINN, Clerk
By: Kathy Rose
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-15-128-F

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: