IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) INSURED AIRCRAFT TITLE SERVICE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>(1) BELAIR HOLDINGS LIMITED,<br>(2) ETOLE HOLDINGS LIMITED, and<br>(3) HONGKONG HUAXIN PETROLEUM LIMITED,<br><br>      Defendants,<br>_____<br><br>(1) BELAIR HOLDINGS LIMITED,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>(1) OPUS AERONAUTICS,<br>(2) ROBERT PEERLESS,<br>(3) ALEXANDRE LOMBARD,<br>(4) FREESTREAM AIRCRAFT (BERMUDA) LTD.,<br>(5) ALIREZA ITTIHADIEH,<br><br>      Third-Party Defendants. | Case No. CIV-15-128-F |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(c), Defendant/Counter-Claimant, Belair Holdings Limited hereby dismisses without prejudice all of its counterclaims against Plaintiff, Insured Aircraft Title Service, Inc.

Dated this 15th day of April, 2015.

                                  Respectfully Submitted,

                                  /s/ C. Russell Woody
                                  Charles E. Geister III, OBA #3311
                                  C. Russell Woody, OBA #21413
                                  Elizabeth A. Price, OBA #22278
                                  HARTZOG CONGER CASON & NEVILLE
                                  201 Robert S. Kerr Avenue
                                  1600 Bank of Oklahoma Plaza
                                  Oklahoma City, Oklahoma  73102
                                  Telephone: (405) 235-7000
                                  Facsimile:  (405) 996-3403
                                  cgeister@hartzoglaw.com
                                  rwoody@hartzoglaw.com
                                  eprice@hartzoglaw.com

                                  **COUNSEL FOR BELAIR HOLDINGS LIMITED**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2015, this document was filed in the United States District Court for the Western District of Oklahoma and a true and correct copy of said document was served upon the following:

Insured Aircraft Title Service, Inc.
John. M. Thompson
Adam C. Hall
Crowe & Dunlevy
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)

Etole Holdings Limited
P.O. 3175
Road Town
Tortola, British Virgin Islands

Hongkong Huaxin Petroleum Limited
Room 2302-2304, 23/F
Convention Plaza Office Tower
1 Harbour Road, Wan Chai
Hong Kong

Opus Aeronautics
10 avenue de Grande-Bretagne
98000 Monaco

Robert Peerless
21 Avenue Princesse Grace
98000 Monaco

Alexandre Lombard
10 avenue de Grande-Bretagne
98000 Monaco

Freestream Aircraft (Bermuda) Ltd.
Canon's Court
22 Victoria Street

Hamilton HM 12
Bermuda

Alireza Ittihadieh
Flat 5
6 Cheyne Gardens
London
SW3 5QU, UK

/s/ C. Russell Woody
C. Russell Woody