**EXECUTION COPY**

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) INSURED AIRCRAFT TITLE SERVICE, INC., | |
|      Plaintiff, | |
| v. | |
| (1) BELAIR HOLDINGS LIMITED, (2) ETOLE HOLDINGS LIMITED, and (3) HONGKONG HUAXIN PETROLEUM LIMITED, | |
|      Defendants, | Case No. CIV-15-128-F |
|      v. | |
| (1) OPUS AERONAUTICS, (2) ROBERT PEERLESS, (3) ALEXANDRE LOMBARD, (4) FREESTREAM AIRCRAFT (BERMUDA) LTD., (5) ALIREZA ITTIHADIEH, | |
|      Third-Party Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) and (c) of the Federal Rules of Civil Procedure, the Plaintiff, Insured Aircraft Title Service, Inc., hereby stipulates with Defendant/Third-Party Plaintiff, Belair Holdings Limited, that this action, including any and all claims asserted by IATS and Belair against parties who have not yet appeared in this matter, shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

Dated this 21st day of May, 2015.

                                      Respectfully Submitted,

                                      /s/John M. Thompson

**EXECUTION COPY**

John M. Thompson, OBA #17532
Adam C. Hall, OBA #21202
Crowe & Dunlevy
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma  73102
Telephone: (405) 235-7700
Facsimile:  (405) 239-6651
john.thompson@crowedunlevy.com
adam.hall@crowedunlevy.com

COUNSEL FOR PLAINTIFF

/s/ C. Russell Woody
Charles E. Geister III, OBA #3311
C. Russell Woody, OBA #21413
Elizabeth A. Price, OBA #22278
Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue
1600 Bank of Oklahoma Plaza
Oklahoma City, Oklahoma  73102
Telephone: (405) 235-7000
Facsimile:  (405) 996-3403
cgeister@hartzoglaw.com
rwoody@hartzoglaw.com
eprice@hartzoglaw.com

COUNSEL FOR DEFENDANT/THIRD
PARTY PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2015, this document was filed in the United States District Court for the Western District of Oklahoma and a true and correct copy of said document was served upon the following:

Insured Aircraft Title Service, Inc.
John. M. Thompson
Adam C. Hall
Crowe & Dunlevy
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)

Etole Holdings Limited
P.O. 3175
Road Town
Tortola, British Virgin Islands

Hongkong Huaxin Petroleum Limited
Room 2302-2304, 23/F
Convention Plaza Office Tower
1 Harbour Road, Wan Chai
Hong Kong

Opus Aeronautics
10 avenue de Grande-Bretagne
98000 Monaco

Robert Peerless
21 Avenue Princesse Grace
98000 Monaco

Alexandre Lombard
10 avenue de Grande-Bretagne
98000 Monaco

Freestream Aircraft (Bermuda) Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12
Bermuda

Alireza Ittihadieh
Flat 5
6 Cheyne Gardens
London
SW3 5QU, UK

/s/ C. Russell Woody
C. Russell Woody